# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 14-cv-962
ANTHONY NICHOLS, individually and on behalf of all others similarly situated
v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff Anthony Nichols

| | |
|---|---|
| NAME (Type or print) <br> Ari J. Scharg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Ari J. Scharg | |
| FIRM <br> Edelson PC | |
| STREET ADDRESS <br> 350 North LaSalle Street, Suite 1300 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6297536 | TELEPHONE NUMBER <br> 312-589-6370 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐