# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
ANTHONY NICHOLS, individually and on behalf of all others similarly situated,  
v.  
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

Case Number: 14-cv-00962

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:  
Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Robert A. Clifford | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Robert A. Clifford | |
| FIRM | |
| Clifford Law Offices, P.C. | |
| STREET ADDRESS | |
| 120 N. LaSalle Street, Suite 3100 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0461849 | (312) 899-9090 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |